```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

UNITED STATES OF AMERICA, :

   v.     :     Case No.: 8:20-CR-160-T-36 TGW

ANTONIO MARROQUIN     :
       Defendant.
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BAIL**

Defendant Antonio Marroquin, by and through the undersigned defense counsel, and unopposed by counsel for the United States, does hereby respectfully request that this Honorable Court modify the previously entered Order of pre-trial detention, and in support, states as follows:

1. On April 24th, 2020, the Defendant appeared before this Honorable Court for his initial appearance arising from a criminal complaint and arrest for allegedly committing conspiracy to possess with intent to distribute five kilograms or more of cocaine. The government sought pre-trial detention and the defense chose not to object at that time but reserved the right to re-address the issue if circumstances changed. Circumstances have changed.

2. While incarcerated at the Pinellas County Jail, the Defendant became ill and has been diagnosed as being infected by

the coronavirus. He is presently on a ventilator and in a medically induced coma at the Northside Hospital.

3. Hopefully, Mr. Marroquin will recover to the degree where he can visit with his family. The defense request, contingent on hospital rules, that the conditions of release allow visitation by his wife, his mother and his children. When the Defendant recovers to a point where he can be released from the hospital, he will again be placed on pre-trial detention and transported back to the Pinellas County Jail.

4. While recovering in the hospital, the Defendant will wear an electronic monitoring device (assuming it will not interfere with the medical equipment at the hospital). In addition, the Defendant's wife, Alma Marroquin, will serve as a "custodian" for the Defendant and sign a $50,000.00 signature bond.

5. Counsel for David Loyde has no objection to this request.

6. Government counsel has no objection to this request.

WHEREFORE Defendant Antonio Marroquin hereby respectfully requests that this Honorable Court Modify is conditions of bail as outlined above and, at the appropriate time agreed to by both parties, put the Defendant on an electronic monitor, allow visitation by his family and Order his return to pre-trial detention upon his release from the hospital. .

S/ Stephen M. Crawford
STEPHEN M. CRAWFORD, ESQUIRE
Florida Bar # 309613
600 S. Magnolia Ave., #275
Tampa, Florida 33606
(813) 251-2273
Attorney for Defendant
stephen_crawford@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Randy Leonard
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

Courtney Benson, Esquire

S/ Stephen M. Crawford
Stephen M. Crawford, Esquire